**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

IN RE:                                )
                                      )
**EFREM DEMITROUS JAMES**        )        **CASE NO.  14-10679-JMC**
              **DEBTOR**              )

**AMENDED MOTION TO MODIFY PLAN AFTER CONFIRMATION**

Debtor, Efrem Demitrous James, hereby submits his Motion to Modify Plan after Confirmation and in support thereof state as follows:

1.    Debtor's Plan was confirmed on September 4, 2015.

2.    Debtor wishes to modify his Chapter 13 Plan as follows:

   a)    Debtor surrenders the 2011 Mazda to creditor.

   b)    Debtor shall pay $10,005.00 through November, 2016 (24 months), then (beginning December 2016) $135.00 for 24 months, for a plan term of 48 months and a plan base of $13, 245.00

3.    All other terms of Debtor's confirmed Plan shall remain in full force and effect.

**PLEASE TAKE NOTICE THAT** any objection must be filed with the Bankruptcy Clerk within 21 days of the date of this notice [or such other time period as may be permitted by Fed. R. Bankr. P. 9006(f)].  Those not required or not permitted to file electronically must deliver any objection by U.S. Mail, courier, overnight/express mail, or in person at:

**United States Bankruptcy Clerk**
**116 US Courthouse**
**46 E. Ohio Street**
**Indianapolis, IN 46204**

The objecting party must ensure delivery of the response to the party filing the motion.  If an objection is NOT timely filed, the requested relief may be granted.  If an objection is filed, a hearing will be set at a later date, and all parties will receive a notice of that hearing.

WHEREFORE, Debtors request that they be permitted to amend their Plan pursuant to 11 U.S.C. § 1329.

Respectfully submitted,


/s/ Keith E. Gifford
Keith E. Gifford

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing has been duly served parties via Courts Electronic CM/ECF system, electronic mail, facsimile, or first-class mail, postage paid, this 14th day of December 2016 upon the following:

U.S. Trustee - ustpregion10.in.ecf@usdoj.gov;
Ann M. Delaney - ECFdelaney@trustee13.com, ecfdelaney@gmail.com
First Investors Servicing Corporation - 380 Interstate North Parkway, Suite#, Atlanta, GA 30339;
Household Furniture - 2802 Lafayette Rd, Suite 26, Indianapolis, IN 46222;
Webbank-Fingerhut - 6250 Ridgewood Rd, St. Cloud, MN 56303;
Internal Revenue Service - Post Office Box 7346, Philadelphia, PA 19101;
Quantum3 Group LLC as agent for Sterling Jewelers Inc - PO Box 788, Kirkland, WA 98083;
First Premier Bank c o Jefferson Capital Systems LLC - Po Box 7999, Saint Cloud, Mn 56302;
Navient Solutions Inc. on behalf of USA Funds  Attn: Bankruptcy Litigation, Unit E3149 - P.O. Box 9430, Wilkes-Barre, PA 18773;
CREDIT FIRST N A - PO BOX 818011, CLEVELAND, OHIO 44181;
TD BANK USA, N.A., C O WEINSTEIN, PINSON AND RILEY, - PS2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121;
American InfoSource LP as agent for Verizon - PO Box 248838, Oklahoma City, OK 73124;
PayPal Inc - Po Box 45950, Omaha, NE 68145;
CERASTES, LLC C O WEINSTEIN & RILEY, PS2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121;
Quantum3 Group LLC as agent for MOMA Funding LLC - PO Box 788, Kirkland, WA 98083;
Cavalry SPV I, LLC Bass & Associates, P.C - 3936 E Ft. Lowell Road, Suite #200, Tucson, AZ 85712;
Portfolio Recovery Associates, LLC - POB 12914, Norfolk VA 23541;
COMCAST c/o Bankruptcy - 41112 Concept Dr., Plymouth, MI 48170;
*Creditor:*      (13358425)
Indiana Bell Telephone Company, Inc. c/o AT&T Services, Inc. Karen A. Cavagnaro-Lead Paralegal - One AT&T Way, Room 3A104, Bedminster, NJ 07921; and
Efrem James – electronic mail.

*/s/ Keith E. Gifford*
Keith E. Gifford
REDMAN LUDWIG, P.C.
151 N. Delaware Street, Suite 1106
Indianapolis, IN   46204
(317) 685-2426 – telephone
(317) 636-8686 – fax
kgifford@redmanludwig.com