**SO ORDERED: January 9, 2017.**



_____
James M. Carr
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

IN RE:  CASE NO. 14-10679-JMC-13
EFREM DEMITROUS JAMES

DEBTOR(S)

**ORDER GRANTING DEBTOR (S)' §1329 MOTION TO MODIFY (DOC. 48)**

This matter came before the Court on the Debtor (s)' §1329 Motion to Modify Plan after Confirmation (Doc. **48**) filed on **12/14/16** (more appropriately deemed to be a Motion to Modify Plan pursuant to §1329),

And the Court, having extended notice and no objections to said Motion having been filed, or if filed, said objection having been resolved or withdrawn, now finds that said Motion should be granted. It is, therefore,

ORDERED, ADJUDGED AND DECREED that the Debtor (s)' §1329 Motion to Modify Plan after Confirmation shall be granted.

IT IS FUTHER ORDERED that the Debtor(s) shall pay Ann M. DeLaney, Trustee as follows:

**Debtor shall pay a total of $10,005.00 through November, 2016. Beginning December, 2016, debtor shall pay $135.00 per month for the remainder of the plan, to reach a 48 month plan base of $13,245.00. Debtor shall surrender the 2011 Mazda to creditor. All other aspects of the previously confirmed plan shall remain in effect.**

###